IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY NICKLAS, | ) CASE NO. 1:07 CV 73 |
| Plaintiff, | ) |
| v. | ) JUDGE DONALD C. NUGENT |
| UNITED PARCEL SERVICE, INC., et al., | ) |
| | ) JUDGMENT |
| Defendant. | ) |

Pursuant to a Memorandum Opinion of this Court, Defendants' Motion for Summary Judgment (ECF #13) is GRANTED and judgment is entered in favor of Defendants on Plaintiff's Complaint.

IT IS SO ORDERED.

                                                                                S/Donald C. Nugent
                                                        JUDGE DONALD C. NUGENT
                                                        United States District Judge

DATED: December 7, 2007